Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESMERALDA TRIPLETT, an individual, | NO. 3:25-cv-05635-KKE |
| Plaintiff, | ORDER GRANTING DEFENDANT SAFEPLACE'S UNOPPOSED MOTION TO AMEND ANSWER |
| v. | |
| SAFEPLACE, a Washington State Nonprofit Corporation, "DOE(S) 1-100" employees of SAFEPLACE; and "CORPORATION(S) XYZ 1-100", | |
| Defendants. | |

THIS MATTER having come before the Court on Defendant SafePlace's Motion to Amend Answer, and the Court having received and considered the following:

1.     Defendant SafePlace's Unopposed Motion to Amend Answer (Dkt. No. 20);

2.     The Declaration of Jennifer Smitrovich in support of Defendant SafePlace's Motion to Amend Answer (Dkt. No. 21), with the following exhibits:

**(A)** Proposed amended Answer to the Complaint, in "clean" and redline forms (Dkt. No. 21-1); and

**(B)** Email correspondence between co-counsel Jeremiah Newhall and Plaintiff's counsel regarding the motion to amend (Dkt. No. 21-2).

ORDER GRANTING DEFENDANT SAFEPLACE'S
UNOPPOSED MOTION TO AMEND ANSWER - 1

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094  ·  f. 206-749-0194

**ORDER**

AND THE COURT having reviewed the authorities stated in the pleadings, and having reviewed and considered the court file, and considering that the motion is unopposed, and being otherwise advised in the premises, it is now hereby ORDERED as follows:

1.    Defendant SafePlace's Unopposed Motion to Amend Answer is GRANTED.

SIGNED this 13th day of February, 2026.

Kymberly K. Evanson
United States District Judge

*Presented by:*

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC

By:_____
Jennifer M. Smitrovich, WSBA #37062
Jeremiah Newhall, WSBA #54959
Counsel for Defendant SafePlace

*Approved as to form,*
*notice of presentation waived:*

ADK LAW

By:_____
Ada K. Wong, WSBA #45936
Rolf Gardner Toren, WSBA #58597
Counsel for Plaintiff

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094  ·  f. 206-749-0194