UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESMERALDA TRIPLETT,

                Plaintiff(s),

    v.

SAFEPLACE, et al. ,

              Defendant(s).

CASE NO. C25-5635-KKE

ORDER DENYING STIPULATED
CONTINUANCE

This matter comes before the Court on the parties' stipulated motion to continue the case schedule. Dkt. No. 23. Although the parties have shown good cause to continue the trial date and related pretrial deadlines, the Court's calendar cannot accommodate the parties' proposed schedule. *See* Dkt. No. 10 at 5 (directing parties to confirm new trial date with Courtroom Deputy to ensure the Court's availability).

Accordingly, the motion is DENIED without prejudice to refiling. Dkt. No. 23. The parties should contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov for assistance in selecting a new trial date before re-filing a stipulated motion to continue.

Dated this 20th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING STIPULATED CONTINUANCE - 1