Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF WASHINGTON
AT TACOMA

ESMERALDA TRIPLETT, an individual,

Plaintiff,

v.

SAFEPLACE, a Washington State Nonprofit Corporation, "DOE(S) 1-100" employees of SAFEPLACE; and "CORPORATION(S) XYZ 1-100,"

Defendants.

NO. 3:25-cv-05635-KKE

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND ALL RELATED DISCOVERY DEADLINES

This matter came before the Court on the Stipulated Motion to Continue Trial and Extend Expert Disclosure Deadline.  Dkt. No. 26.  The Court has reviewed the following:

1.    Stipulated Motion to Continue Trial and All Related Discovery Deadlines; and

2.    The Declaration of Jennifer M. Smitrovich in Support of the Motion.

Having reviewed the motion and the supporting declaration, and finding good cause, the Court hereby ORDERS:

1.    The Stipulated Motion to Continue Trial and Amend Case Schedule is **GRANTED**.  Dkt. No. 26.

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND EXTEND ALL RELATED DISCOVERY DEADLINES- 1

(CASE NO. 3:25-cv-05635-KKE)

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

2.    The unexpired deadlines in the previous case schedule (Dkt. No. 16) are **VACATED**.

3.    An amended case scheduling order shall be issued resetting the trial date and associated pretrial deadlines, including the deadline for expert disclosures.  The trial will be set for May 17, 2027.  The Clerk is directed to issue an amended case schedule based on the agreed-upon trial date that is consistent with the Court's standard case schedule.  *See* Dkt. No. 10 at 6.

IT IS SO ORDERED.

DATED this 25th day of March, 2026, at Seattle, Washington.

Kymberly K. Evanson
United States District Judge

**Submitted by:**

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: s/*Jennifer M. Smitrovich*
    Jennifer M. Smitrovich, WSBA #37062
    Attorney for Defendant SafePlace
    3131 Elliott Avenue, Suite 300
    Seattle, WA 98121
    (206) 749-0094
    jennifers@favros.com

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL AND EXTEND ALL RELATED
DISCOVERY DEADLINES- 2

(CASE NO. 3:25-cv-05635-KKE)

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194